CENTER FOR DISABILITY ACCESS
MARK D. POTTER, SBN 166317
Mark@potterhandy.com
9845 Erma Road, Suite 300
San Diego, CA 92131-1084
(858) 375-7385; Fax (888) 422-5191
Attorneys for Plaintiff RICARDO MURILLO

E-FILED: 3-31-2011

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MURILLO,<br><br>   Plaintiff,<br><br>v.<br><br>FOOD 4 LESS OF CALIFORNIA, INC., A California Corporation; SIERRA CENTER INVESTMENTS, LLC, A Delaware Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No.: CV10-04075 PSG (JGx)<br><br>[~~PROPOSED~~] ORDER |

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The action is dismissed with prejudice as to all parties
2. Each party shall bear their own attorneys' fees and costs.
3. The Court shall retain jurisdiction over all disputes between the parties arising out of the settlement agreement.

IT IS SO ORDERED.

Dated: March 30, 2011        _____
                             The Honorable Philip H. Gutierrez